UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 08-18-DLB-EBA-3

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

JAMIE MATTHEW GAMBLE                                 DEFENDANT

*******************************

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve (12) months imprisonment, with the balance of his supervised release to resume upon release from custody. (Doc. # 110). During the final revocation hearing conducted by Magistrate Judge Atkins on February 16, 2012, Defendant orally stipulated to Violations 1 and 2 described in the Supervised Release Violation Report (Doc. # 104). At the hearing, the United States orally moved to dismiss Violations 3 and 4 (Doc. # 107).

Defendant having executed a waiver of his right to allocution (Doc. # 106), and both Defendant and the United States having orally waived the time for filing any objections to the Magistrate Judge's R&R (Doc. # 107), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 110) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWELVE (12) MONTHS**, with the balance of his supervised release to resume upon release from custody;

(5) That the Motion of the United States to dismiss Violations 3 and 4 is hereby **GRANTED**; and

(6) A Judgment shall be entered contemporaneously herewith.

This 15th day of March, 2012.

Signed By:
*David L. Bunning*  DB
United States District Judge